THE SIXTY-SEVEN SOUTH MUNN, INCORPORATED, AP-
PELLANT, v. BOARD OF PUBLIC UTILITY COMMIS-
SIONERS OF NEW JERSEY ET AL., RESPONDENTS.

Argued May 29, 1930—Decided October 20, 1930.

For the appellant, *Merritt Lane.*

For the respondent, *William H. Speer* and *John O. Bigelow.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CAMP-BELL, BODINE, DALY, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.